PEOPLE v. DIAMOND. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against Elias Diamond. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 143 App. Div. 933, 128 N. Y. Supp. 1138.

PEOPLE v. DRISCOLL. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York against Dennis Driscoll. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. DUNFORD, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Proceeding by the People of the State of New York against Thomas Dunford. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Proceeding by the People of the State of New York against Mano Friedman. No opinion. Motion granted. . Order filed.

PEOPLE, Respondent, v. GANGI, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Proceeding by the People of the State of New York against Giovanni Gangi. C. E. Le Barbier, for appellant. 'R. C. Taylor, for the People. No opinion. Judgment and orders affirmed. Order filed. See, also, 136 App. Div. 939, 121 N. Y. Supp. 1142.

PEOPLE v. IONNONE. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against Peter Ionnone. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. JUNG. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York against Leon Jung. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. LEVY. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against Samuel Levy. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. MARETINO et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Proceeding by the People of the State of New York against Rosario Maretino and others.

PER CURIAM. Judgment of the County Court of Westchester county reversed, and new trial ordered, on the ground that the verdict is against the weight of evidence.

THOMAS and CARR, JJ., dissent.

PEOPLE v. MARGRAF. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against Augustus Margraf. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. MARGRAF. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Proceeding by the People of the State of New York against Augustus Margraf. No opinion. Appeal dismissed, and motion to extend time denied. Order dismissing appeal filed. See, also, supra.

PEOPLE, Respondent, v. MARRIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Proceeding by the People of the State of New York against Frank C. Marrin. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE, Respondent, v. MINOGUE, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Proceeding by the People of the State of New York against James Minogue. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York against Richard Moore. R. Honey, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 136 App. Div. 942, 121 N. Y. Supp. 1142.

PEOPLE · v. MURRAY. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against Michael Murray. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Proceeding by the People of the State of New York against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified.

PEOPLE v. PARMIGIANI. (Supreme Court, Appellate Division, First Department.